UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACKSON ORTIZ HERNANDEZ,<br>Plaintiff,<br>-against-<br>COUNTY OF ORANGE et al.,<br>Defendants. | 26-cv-7717 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Any opposition to defendants' motion to reassign the case to the White Plains courthouse, Dkt. 44, should be filed on or before November 19, 2026.

SO ORDERED.

Dated: November 17, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge